# United States Court of Appeals
## For the First Circuit

No. 22-1117

ANTHONY GATTINERI,

Plaintiff, Appellant,

v.

WYNN MA, LLC; WYNN RESORTS LIMITED,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on March 22, 2023, is amended as follows:

On page 10, line 12, replace "Agreement" with "Amendment"
On page 47, line 24, replace "resolve" with "resolves"